1210

No. 91–8184. STANLEY v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 91–8187. GLASS v. GRIJALVA, DEPUTY WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–8192. WEIMER ET AL. v. LIEBNER ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–8239. SWENSKY v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 91–8270. WATTS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–8271. SLOAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8273. SZYMANSKI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8287. BARROZO ESPINOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8291. SALIM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–8300. SHARP v. UNITED STATES; and
No. 91–8301. TAYLOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 953 F. 2d 1312.

No. 91–8305. VALENCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8306. SELLARS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8313. ROBERTS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8314. EWING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8316. KEAGLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.